IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00367-WYD-KLM

RYAN ALEXANDER PETTIGREW,

    Plaintiff,

v.

EXECUTIVE DIRECTOR ARISTEDES ZAVARES [sic],
WARDEN SUSAN JONES,
WARDEN LARRY REED,
INTELLIGENCE OFFICER SGT. DENT,
INTELLIGENCE OFFICER SGT. SANDRA CROSS,
PROGRAMS MAJOR MACAIN HILDEBRAND,
PROGRAMS SUPERVISOR MARY MCCORMICK,
REGIONAL COORDINATOR FAITH AND CITIZENS PROGRAMS DARRYL PROFFIT,
HEARINGS OFFICER DALE BURKE
CORRECTIONAL OFFICER COMFORT, and
SHIFT COMMANDER LT. ROYBAL, in their individual and official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matte is before the Court on Plaintiff's **Amended Complaint** [Docket No. 33; Filed June 20, 2011] which names two new Defendants, Correctional Officer Comfort and Shift Commander Lt. Roybal. Waivers of service have previously been filed by Defendants other than Defendants Comfort and Roybal [Docket No. 22]. Accordingly,

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants Comfort and Roybal. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon these Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of

these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendants Comfort and Roybal or their counsel shall respond to the Amended Complaint [#33] as provided for in the Federal Rules of Civil Procedure after service of process on them.

DATED: June 21, 2011 at Denver, Colorado.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00367-WYD-KLM

Ryan Alexander Pettigrew
Prisoner No. 105646
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215- 0600

CO Comfort, and Lt. Roybal - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on CO Comfort, and Lt. Roybal: AMENDED COMPLAINT FILED 6/20/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/21/11 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk